# IN THE SUPREME COURT OF THE STATE OF NEVADA

EDWARD LORD; AND NETWORK REALTY, INC.,
Petitioners,
vs.
THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WASHOE; AND THE HONORABLE EGAN K. WALKER, DISTRICT JUDGE,
Respondents,
and
STEPHENS & EDWARDS, LLP,
Real Party in Interest.

No. 76812

FILED

OCT 1 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This original petition for a writ of mandamus challenges a district court order denying a motion to disqualify the presiding judge. Having considered the petition and appendices filed in this matter, we are not convinced that our extraordinary and discretionary intervention is warranted. *See* NRS 34.160; *Halverson v. Miller*, 124 Nev. 484, 487, 186 P.3d 893, 896 (2008) (recognizing that the decision to issue a writ of mandamus "is solely within this court's discretion" and that petitioner bears the burden to establish that such extraordinary relief is appropriate). We therefore

ORDER the petition DENIED.

_____ , J.
Pickering

_____ , J.
Gibbons

_____ , J.
Hardesty

SUPREME COURT
OF
NEVADA

(O) 1947A

18-40169

cc:    Hon. Egan K. Walker, District Judge
Kozak & Associates, LLC
Lemons, Grundy & Eisenberg
Washoe District Court Clerk